| | |
|---|---|
| PACIFIC TRIAL ATTORNEYS<br>Scott J. Ferrell (SBN 202091)<br>sferrell@pacifictrialattorneys.com<br>Victoria Knowles (SBN 277231)<br>vknowles@pacifictrialattorneys.com<br>4100 Newport Place, Suite 800<br>Newport Beach, CA 92660<br>Tel.:  949.706.6464<br>Fax:  949.706.6469<br><br>Attorneys for Plaintiff<br>LUIS LICEA | BLANK ROME LLP<br>Ana Tagvoryan (SBN 246536)<br>atagvoryan@blankrome.com<br>Harrison Brown (SBN 291503)<br>hbrown@blankrome.com<br>2029 Century Park East \| 6th Floor<br>Los Angeles, CA 90067<br>Telephone:  424.239.3400<br>Facsimile:   424.239.3434<br><br>Attorneys for Defendant<br>TAUNTON, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LICEA, an individual residing in California,<br><br>          Plaintiff,<br><br>     vs.<br><br>TAUNTON, INC., a Connecticut corporation,<br><br>          Defendant. | Case No. 5:21-cv-00062-JGB-KK<br><br>**STIPULATION FOR ENTRY OF CONSENT JUDGMENT**<br><br>Complaint Filed:    January 13, 2021 |

124201577

This stipulation is entered into by and between Plaintiff Luis Licea ("Plaintiff") and Defendant Taunton, Inc., and its subsidiaries ("Defendant") (together, the "Parties"), and made with reference to and in contemplation of the following facts and circumstances:

1. Defendant and certain of its subsidiaries, divisions and affiliates operate certain websites which are available through the internet, including:

- www.finewoodworking.com
- www.finehomebuilding.com
- www.finegardening.com
- www.threadsmagazine.com
- www.greenbuildingadvisor.com
- www.tauntonstore.com
- www.taunton.com
- www.tauntonworkshops.com
- www.keepcraftalive.org
- www.finewoodworkinglive.com

(individually, a "Website"; together, the "Websites"), corresponding mobile versions and mobile applications (individually, a "Mobile App"; collectively, the "Mobile Apps").

2. On January 13, 2021, Plaintiff filed a lawsuit in the United States District Court for the Central District of California, entitled *Luis Licea v. Taunton, Inc.*, No. 5:21-cv-00062-JGB-KK (the "Action") alleging that the Websites are not fully accessible to individuals with disabilities in violation of Title III of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12181 *et seq.* ("ADA") and its implementing regulation, 28 C.F.R. part 36, and California's Unruh Civil Rights Act, Cal. Civ. Code § 51 *et seq.* ("Unruh").

3. Defendant denies Plaintiff's allegations and does not admit liability to any of the allegations in Plaintiff's Complaint.

4. To avoid the costs, expense, and uncertainty of protracted litigation, the Parties agree to resolve all claims raised in the Complaint. Accordingly, the Parties agree to dismissal of this action and entry of the attached Consent Judgment (**Exhibit**

**1**) without trial or further adjudication of any issues of fact or law concerning Plaintiff's claims for injunctive relief or damages.

    IT IS SO STIPULATED between Plaintiff and Defendant that:

    a.    The attached Consent Judgment is entered as the Judgment of the Court.

    b.    The Court shall retain jurisdiction to interpret and enforce this Consent Judgment until the Expiration Date.

    c.    Plaintiff's Complaint is dismissed with prejudice.

DATED: January 20, 2021    PACIFIC TRIAL ATTORNEYS

By: /s/ Victoria C. Knowles
Scott J. Ferrell
Victoria C. Knowles
Attorney for Licea

DATED: January 20, 2021    BLANK ROME LLP

By: /s/ Harrison Brown
Ana Tagvoryan
Harrison Brown
Attorneys for Taunton

## SIGNATURE ATTESTATION

I attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 20, 2021    PACIFIC TRIAL ATTORNEYS

By: /s/ Victoria C. Knowles
Victoria C. Knowles

# CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2021, I electronically filed the foregoing **STIPULATION FOR ENTRY OF CONSENT JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.